CHARLES SADDLER *et al.*

*v.*

THE PEOPLE OF THE STATE OF ILLINOIS.

*Opinion filed December 20, 1900.*

This case is controlled by the decision in *Noel* v. *People*, 187 Ill. 587.

WRIT OF ERROR to the Circuit Court of Kankakee county; the Hon. R. W. HILSCHER, Judge, presiding.

W. R. HUNTER, for plaintiffs in error.

BERT L. COOPER, State's Attorney, for the People.

Per CURIAM: Plaintiffs in error, being engaged in general merchandising, as proprietors, selling groceries, principally, in the city of Kankakee, are charged with a violation of section 2 of the Pharmacy act as amended by the act of 1895, (Laws of 1895, p. 245,) by selling a number of bottles of a certain patent or proprietary medicine known as "Castoria," neither of said proprietors being a registered pharmacist nor having a registered pharmacist in their employ, nor having obtained a permit to sell proprietary medicines from the State Board of Pharmacy, as provided in section 8 of said act. The prosecution was brought before a justice of the peace by summons, where a fine was imposed, whereupon plaintiffs in error prosecuted an appeal to the circuit court of Kankakee county, where they were again found guilty and a judgment entered for $20 and costs, to reverse which they prosecute this writ of error.

The questions involved in this case are the same as those in, and a determination thereof is controlled by, the case of *Noel* v. *People*, 187 Ill. 587. The judgment of the circuit court of Kankakee county is therefore reversed and the cause remanded.          *Reversed and remanded.*